United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-21099
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LUIS SALAZAR-ESTRADA, also known as Sergeant Mario Morales, also
known as Carlos Carrion, also known as Armoand Roldan, also
known as Anastacio Vega-Encino,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-167-ALL
--------------------

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Luis Salazar-

Estrada raises arguments that are foreclosed by Almendarez-Torres

v. United States, 523 U.S. 224, 235 (1998), which held that

8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate

criminal offense.  The Government's motion for summary affirmance

is GRANTED, and the judgment of the district court is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.